UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-06735 JAK (AFMx) | Date | March 12, 2021 |
| Title | Kyle Perez v. Trans Union LLC, et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC (DKT. 35 )**

On March 12, 2021, a notice of settlement was filed stating that a settlement has been reached between Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") and Trans Union LLC ("Trans Union"). The Court sets an Order to Show Cause re Dismissal for April 12, 2021 (**30 days).** If a dismissal is not filed by April 12, 2021, counsel shall file a response to the Order to Show Cause, which includes the status of the settlement and the anticipated date the dismissal will be filed. The response shall not include any substantive contents of any settlement discussions between the parties. In light of the foregoing, all dates and deadlines are vacated as to **Experian and Trans Union** only.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | TJ |